# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# DETROIT DIVISION

| | |
|---|---|
| In Re: | Case No. 18-40001 |
| Martin A. Lavigne | Chapter 13 |
| Debtor | Judge Mark A. Randon |

**ORDER GRANTING STIPULATION FOR ADEQUATE PROTECTION PAYMENTS BY THE CHAPTER 13 TRUSTEE PRIOR TO CONFIRMATION**

The Court, having reviewed the Stipulation for Adequate Protection Payments to U.S. Bank Trust National Association as Trustee of Bungalow Series III Trust by and through its servicer SN Servicing Corporation ("Creditor") regarding 2247 FOUR MEADOWS, TEMPERANCE, MI 48182 between Debtor and Creditor, the Court being advised that Movant should have received $17,040.84. This amount consists of twelve (12) monthly payments from February 2018 through January 2019 in the amount of $1,420.07, each, and Movant has received $0.00.

**IT IS HEREBY ORDERED** that the Stipulation for Adequate Protection Payments to U.S. Bank Trust National Association as Trustee of Bungalow Series III Trust by and through its servicer SN Servicing Corporation regarding 2247 FOUR MEADOWS, TEMPERANCE, MI 48182 is **GRANTED** and the Trustee shall disburse adequate protection payments prior to confirmation to Creditor U.S. Bank Trust National Association as Trustee of Bungalow Series III Trust by and through its servicer SN Servicing Corporation in the amount of $1,420.07 per month effective 02/01/2018. The Trustee will commence disbursements with her next monthly disbursement after the entry of this stipulation. The Trustee shall offset any claims the Creditor has filed or may file by the amount of the adequate protection payments. The Trustee will cease

making the adequate protection payments as soon as the Plan is confirmed or the case is dismissed or converted. The Trustee shall have no liability for failure to make adequate protection payments based on the failure of the debtor to make timely and sufficient payments.

**Signed on January 29, 2019**



/s/ Mark A. Randon
**Mark A. Randon**
**United States Bankruptcy Judge**